# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2923
LT Case No. 2025-DR-000452

_____

BRANDY L. DEMARCO,

    Appellant,

    v.

KENDRA DORFF,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Brandy L. DeMarco, Palm Coast, pro se.

No Appearance for Appellee.

May 21, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____